MWK/ECS
F. #2019R01536

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 14 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SERGEI DENKO,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____-_____(_____)

CR 20-00015

KOVNER, J

LEVY, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant SERGEI DENKO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            January 14, 2020

                                       RICHARD P. DONOGHUE
                                       United States Attorney
                                       Eastern District of New York
                                       Attorney for Plaintiff
                                       271 Cadman Plaza East
                                       Brooklyn, New York 11201

                      By:    /s/ Eric C. Schmale
                             Eric C. Schmale
                             Mark W. Kotila
                             Trial Attorneys, Tax Division
                             United States Department of Justice
                             (202) 514-5614

Cc:    Clerk of the Court
       Daniel J. Gotlin, Esq. (by e-mail)