UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SERGEI DENKO,

                      Defendant.

Docket No.:  20-CR-15 (RPK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## THIRD STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by the United States, through U.S. Department of Justice, Tax Division, Trial Attorneys Sam Bean and Mark Kotila, and Richard Kestenbaum, counsel for defendant Sergei Denko, that the sentencing hearing scheduled for December 16, 2020, at 11 a.m. be vacated and set to a date and time convenient to this Court, on or after February 1, 2020.

Pursuant to Administrative Order No. 2020-13-2, the Chief Judge for the Eastern District of New York has made a finding that felony sentencings cannot be conducted in person at this time without seriously jeopardizing public health and safety.  In accordance with the terms of Order 2020-13-2, the parties agree that the sentencing in this matter may be continued 90 days without serious harm to the interests of justice.

Dated:     November 23, 2020

                                                          /s/  Richard Kestenbaum
                                                          Richard Kestenbaum
                                                          Counsel for Defendant

                                                          /s/ Sam Bean
                                                          Sam Bean
                                                          Mark W. Kotila
                                                          Trial Attorneys, U.S. Department of Justice